**Order entered November 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00202-CV

### JACOB SWEARINGER, ET AL., Appellants

### V.

### ABRAHAM EDILBERTO GUAJARDO, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03165**

## ORDER

We **GRANT** appellee's November 24, 2015 unopposed second motion for an extension

of time to file a brief.  Appellee shall file a brief by **DECEMBER 16, 2015**.  We caution

appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
         JUSTICE